Jason D. Guinasso, Esq. (SBN 8478)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

*Attorney for Plaintiff Patricia Holcomb*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HOLCOMB, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MODEL T CASINO RESORT LLC, a domestic limited-liability company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | CASE NO.: 3:22-CV-00094-MMD-CSD<br><br>ORDER GRANTING<br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiff, PATRICIA HOLCOMB, by and through her attorney of record, hereby moves to remove SHELBY L. WEBB, ESQ., from the service list in the above entitled action. Ms. Webb is no longer associated with the case, and thus is no longer counsel for the Plaintiff. Plaintiff shall continue to be represented in this action by JASON D. GUINASSO ESQ. of HUTCHISON & STEFFEN, PLLC.

///

///

///

///

///

1

**AFFIRMATION** The undersigned does hereby affirm that the preceding document filed in this court does not contain the social security number of any person.

DATED this 5th day of February, 2024.

            HUTCHISON & STEFFEN, PLLC

            */s/ Jason D. Guinasso*
            Jason D. Guinasso, Esq. (SBN 8478)
            HUTCHISON & STEFFEN, PLLC
            5371 Kietzke Lane
            Reno, Nevada 89511
            Tel: (775) 853-8746
            Fax: (775) 201-9611
            jguinasso@hutchlegal.com

            *Attorney for Plaintiff Patricia Holcomb*

IT IS SO ORDERED.

DATED: February 6, 2024.

_____
UNITED STATES MAGISTRATE JUDGE