Jason D. Guinasso, Esq. (8478)
GUINASSO LAW, LTD.
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 553-0000
Facsimile: (775) 201-0350
Email: jguinasso@hutchlegal.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HOLCOMB, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MODEL T CASINO RESORT LLC, a domestic limited-liability company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant | CASE NO.: 3:22-CV-00094-MMD-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION [ECF No. 49] RE ORDER FOR SUMMARY JUDGMENT [46] AND FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO [ECF NO. 49]**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff PATRICIA HOLCOMB (hereinafter "Plaintiff"), by and through her counsel of record, and Defendant MODEL T CASINO RESORT LLC, (hereinafter "Defendant"), their counsel of record, and hereby stipulate and agree to the following regarding Defendant's Motion For Reconsideration [ECF No. 49] filed on April 3, 2024, re Order For Summary Judgment [ECF No. 46]:

1. This is Plaintiff's first request for extension of time to file an opposition to Defendant's Motion For Reconsideration [ECF No. 49] re Order For Summary Judgment [ECF No.

46].

2. This is Defendant's first request for extension of time to file a reply to Plaintiff's opposition to Defendant's Motion For Reconsideration [ECF No. 49], once filed.

3. Plaintiff shall have an extension of **10-days** to file and serve her Opposition Defendant's Motion For Reconsideration [ECF No. 49] re Order For Summary Judgment [ECF No. 46], making the new deadline **April 29, 2024.**

4. Defendant shall have an **additional 7-days** to file and serve their reply to Plaintiff's opposition to Defendant's Motion For Reconsideration [ECF No. 49], once filed, making the deadline **May 13, 2024**.

DATED this 17th day of April 2024.

**HUTCHISON & STEFFEN, PLLC**

By  /s/ Jason D. Guinasso
_____
JASON D. GUINASSO, ESQ.
Nevada Bar No. 8478
ASTRID A. PEREZ, ESQ.
Nevada Bar No. 15977
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 853-8746
Facsimile No. (775) 201-9611
Email: jguinasso@hutchlegal.com
Email: aperez@hutchlegal.com
*Attorneys for Plaintiff Patricia Holcomb*

DATED this 17th day of April 2024.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By  /s/ Elody C. Tignor
_____
ANTHONY L. MARTIN
Nevada Bar No. 8177
ELODY C. TIGNOR
Nevada Bar No. 15663
Anthony.martin@ogletree.com
Elody.tignor@ogletree.com
*Attorneys for Defendant Model T. Casino Resort, LLC*

**IT IS SO ORDERED:**

**DATED THIS 18th Day of April 2024.**

_____
**UNITED STATES DISTRICT COURT JUDGE**