Jason D. Guinasso, Esq. (8478)
GUINASSO LAW, LTD.
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 553-0000
Facsimile: (775) 201-0350
Email: jason@guinassolaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HOLCOMB, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MODEL T CASINO RESORT LLC, a domestic limited-liability company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant | CASE NO.: 3:22-CV-00094-MMD-CSD<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE AND RELATED DEADLINES [ECF No. 47]**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff PATRICIA HOLCOMB (hereinafter "Plaintiff"), by and through her counsel of record, and Defendant MODEL T CASINO RESORT LLC, (hereinafter "Defendant"), their counsel of record, and hereby stipulate and agree to the following regarding Settlement Conference currently set in this matter Wednesday, May 15, 2024 [ECF No.47]:

1. This is Plaintiff's first request to continue the Settlement Conference and related deadlines. This request is not made for purposes of delay.

2. The Settlement Conference currently scheduled for Wednesday, May 15, 2024, shall be rescheduled to a mutually agreeable time as soon as practicable that works for both parties' calendars and this Court's calendar.

3. The related deadlines to the settlement conference shall be reset in accordance with the

1

new Settlement Conference date.

DATED this 7th day of May 2024.                   DATED this 7th day of May 2024.

**GUINASSO LAW, LTD.**                              **OGLETREE, DEAKINS, NASH, SMOAK &**
                                                    **STEWART, P.C.**

       */s/ Jason D. Guinasso*                             */s/ Elody Tignor*
By _____              By _____
    JASON D. GUINASSO, ESQ.                        ANTHONY L. MARTIN, ESQ.
    Nevada Bar No. 8478                             Nevada Bar No. 8177
    5371 Kietzke Lane                               ELODY C. TIGNOR, ESQ.
    Reno, NV 89511                                  Nevada Bar No. 15663
    Email: jason@guinassolaw.com                    Anthony.martin@ogletree.com
    *Attorneys for Plaintiff Patricia Holcomb*      Elody.tignor@ogletree.com
                                                    *Attorneys for Defendant Model T.*
                                                    *Casino Resort, LLC*

The Courtroom Administrator shall reschedule the Settlement Conference as soon as
the court's calendar will accommodate it.

**IT IS SO ORDERED:**

**DATED:** May 8, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**