Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Model T Casino Resort LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HOLCOMB, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MODEL T CASINO RESORT LLC, a domestic limited-liability company; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | Case No.: 3:22-CV-00094-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Patricia Holcomb ("Plaintiff") and Defendant Model T Casino Resort LLC, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

///

///

///

///

///

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 2nd day of August, 2024. | DATED this 2nd day of August, 2024. |
| GUINASSO LAW, LTD | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Jason D. Guinasso* | /s/ *Elody C. Tignor* |
| Jason D. Guinasso, Esq.<br>Nevada Bar No. 8478<br>5371 Kietzke Lane<br>Reno, NV  89511<br><br>*Attorney for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

August 5, 2024
DATE